TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00811-CV

Katherine M. Milliken, Appellant

v.

Texas State Board of Social Worker Examiners, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 99-03932, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING 

PER CURIAM

 Because Katherine M. Milliken has neither paid for nor made arrangements to pay
for the clerk's record, we will dismiss this appeal for want of prosecution. See Tex. R. App. P.
35.3(a)(2).

 The Clerk of this Court filed appellant's Notice of Appeal on November 29, 1999. 
By letter dated August 2, 2000, the Clerk of this Court notified the district clerk's office of Travis 
County that the clerk's record was overdue. Notice was received from the district clerk's office
on February 17, 2000, and again on August 9, 2000, that the clerk's record had not been paid for,
nor had arrangements for payment been made.

 By letter dated August 14, 2000, appellant was requested to submit a status report
regarding this matter by August 24, 2000, and that failure to respond to this request would result
in this appeal being dismissed for want of prosecution. Thus far, appellant has failed to respond
to this request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed for Want of Prosecution

Filed: September 21, 2000

Do Not Publish